■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER IVAMOV, Also Known as ALEXANDER IVANOV, Appellant. [751 NYS2d 381] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered April 18, 2001, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review the issue of whether the testimony concerning the contents of certain police radio transmissions in which he was described was properly admitted into evidence (see CPL 470.05 [2]), and we decline to review it in the interest of justice.

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J.P., Krausman, Townes and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JACKSON, Appellant. [751 NYS2d 381] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rienzi, J.), rendered May 27, 1999, convicting him of attempted criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Santucci, J.P., Smith, Goldstein, H. Miller and Mastro, JJ., concur.